IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JOHN HERMAN McBRIDE                      DEBTOR
CASE NO. 21-00029-NPO
CHAPTER 7
FORD MOTOR CREDIT COMPANY LLC              CREDITOR

**NOTICE OF APPEARANCE OF COUNSEL**

    PLEASE TAKE NOTICE that the undersigned counsel files this notice of appearance on behalf of Ford Motor Credit Company LLC and requests that her name be added to the list of persons to receive copies of all notices and pleadings filed in this case. This Notice of Appearance of Counsel does <u>NOT</u> authorize service of process on the undersigned on behalf of Ford Motor Credit Company LLC in connection with any adversary proceeding.

    THIS the 20th day of January 2021.

                                              Respectfully submitted,

                                              Ford Motor Credit Company LLC

                      by:      /s/Olivia Spencer, Its Attorney

**CERTIFICATE OF SERVICE**

    I, OLIVIA SPENCER, Attorney for Ford Motor Credit Company LLC, do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing "Notice of Appearance of Counsel" to:

                Edwin F. Tullos, Esq.
                EdwinTullos@bellsouth.net
                ATTORNEY FOR DEBTOR

                Stephen Smith
                trustee@hrkcpa.com
                TRUSTEE

                David W. Asbach
                USTPRegion05.JA.ECF@usdoj.gov
                U.S. TRUSTEE

    SO CERTIFIED this the 20th day of January 2021.

                                              /s/Olivia Spencer

KING & SPENCER, PLLC
1855 CRANE RIDGE DRIVE, SUITE D
JACKSON, MS  39216
PHONE:  601-948-1547, MB #104439
spencer@kingandspencer.net